# FEDERAL PUBLIC DEFENDER
Districts of South Dakota and North Dakota
101 South Pierre Street, 3rd Floor
P.O. Box 1258
Pierre, SD 57501

**Jason Tupman**  Telephone: (605) 224-0009
*Acting Federal Public Defender*  Fax: (605) 224-0010

July 12, 2019

Honorable Charles B. Kornmann
United States District Court Judge
102 Fourth Avenue SE, Suite 408
ABERDEEN, SD 57401

Re:   *U.S.A. v. Samantha Flute*, CR 17-10017

Dear Judge Kornmann:

In response to your memorandum of July 11, 2019, the defense intends to file a petition for rehearing *en banc*. The defense has no disagreement with Judge Colloton's statement set forth in your memo.

    Respectfully,

    JASON TUPMAN
    Acting Federal Public Defender
    By:
    */s/ Edward G. Albright*

    Edward G. Albright
    Assistant Federal Public Defender

EGA/dh
cc:  Client
    AUSA Jeremy Jehangiri