UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SAMANTHA FLUTE,<br><br>Defendant. | CR 17-10017-CBK<br><br>FACTUAL BASIS STATEMENT |

The Defendant states that the following facts are true, and the parties agree that they establish a factual basis for the offense to which the Defendant is pleading guilty pursuant to Fed. R. Crim. P. 11(b)(3):

Between on or about the 19th day of August, 2016, and the 20th day of August, 2016, in the District of South Dakota, the Defendant, Samantha Flute, knowingly and intentionally possessed a controlled substance and narcotic, dihydrocodeinone, in violation of 21 U.S.C. § 844(a).

At all times relevant to this case, Defendant used and possessed a controlled substance, that is, dihydrocodeinone (commonly referred to as hydrocodone), its isomers, esters, ethers, salts, and salts of isomers, esters and ethers. Dihydrocodeinone is a Schedule II controlled substance, narcotic, and opiate, pursuant to 21 U.S.C. § 812. Defendant ingested the dihydrocodeinone by snorting it. Defendant knowingly and intentionally possessed and used the dihydrocodeinone without a valid prescription or order from a licensed medical

practitioner. Defendant's possession and use was therefore unauthorized and unlawful under federal law.

|  |  |
|---|---|
| _9/12/19_<br>Date | RONALD A. PARSONS, JR.<br>United States Attorney<br><br>_/s/ Jeremy Jehangiri_<br>Jeremy Jehangiri<br>Assistant United States Attorney<br>P.O. Box 2638<br>Sioux Falls, SD 57101-2638<br>Telephone: (605)357-2353<br>Facsimile: (605)330-4410<br>E-Mail: jeremy.jehangiri@usdoj.gov |
| _9-11-19_<br>Date | _/s/ Samantha Flute_<br>SAMANTHA FLUTE<br>Defendant |
| _9-11-19_<br>Date | _/s/_ for EDWARD G. ALBRIGHT<br>Attorney for Defendant |