# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 17-3727

United States of America

Appellant

v.

Samantha Flute

Appellee

------------------------------

National Advocates for Pregnant Women, et al.

Amici on Behalf of Appellee(s)

_____

Appeal from U.S. District Court for the District of South Dakota - Aberdeen
(1:17-cr-10017-CBK-1)
_____

**ORDER**

Appellee's motion to hold the petition for rehearing en banc in abeyance and to suspend the deadline for appellant's response is granted. Appellant's motion for an extension of time to file the response is denied as moot.

September 20, 2019

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
　　　　/s/ Michael E. Gans